STATE OF NEW JERSEY v. RUBEN RODRIGUEZ.

May 1, 1979. Petition for certification denied.

HAROLD O. BOUCHER v. MARTIN J. DRUKER.

May 1, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES STROBECK, JR.

May 1, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK NUSBICKEL.

May 1, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JERRY THOMAS.

May 1, 1979. Petition for certification denied.

ALBERT A. BREITMAN v. ESTATE OF JOSEPH SPECIALE.

May 1, 1979. Petition for certification denied.